UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| James E. Brown et al, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-01078 UNA |
| | ) | |
| PSM One, Inc. et al | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on March 23, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Carol E. Jackson, United States District Judge, under cause number 2:17-cv-00016.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-01078 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: 3/23/2017                                   By: Jason W. Dockery
                                                   Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:17-cv-00016 CEJ.**